United States District Court (USDC)
Southern District of New York (SDNY)

| | |
|---|---|
| Yung, John<br>v<br>NYC Mayor Adams, Warden, Comissioner of NYC Dept of Corrections | Pro Se<br>Writ of Habeas Corpus<br>IND 71296-23/001<br>2023KN000D |

RECEIVED SDNY PRO SE OFFICE 2024 APR 23 PM 3:56

I, defendant, Yung, John (1132400918, of case (IND 71296-23/001 at criminal court, GP12, located at KINGS county Supreme Court, Part (GP12), hereby respectfully request immediate release from wrongful imprisonment by this Writ of Habeas Corpus I have been remanded at 8L OBCC at Rikers Island Prison since Date of 1/8/24 mon. without bail. I have made Motions for Bail without success at State Supreme Court. I have legitimate arggments and reasons in asking for release to fully prepare for my defense safely and adequately and return to my family/work obligatios to pay pass du-e bills and responsibilities. I have included attached stateme-nts in support of my argumets with legal precedent cases.

My constitutional, civil and human rights have been violated.

I pray for relief at this court. I reserve right to amend this document as I am wrongfully imprisoned and cannot prepare legal documents safely + normally.

Respectfully Submitted,

[signature] (Date: 3/12/24) (Bookcase 1132400918

Dorm 8L at OBCC Address: 1600 Hazen St, East Elmhurst, NY 11370. OR [1606 Hazen St. (West Facility) East Elmhurst, NY 11370]

HOME: 556 E88st, Bk NY 11236

I, defendant, YUNG JOHN, hereby states the following in support of my Wirt of Habeas Corpus referencing the cases: (State v. Schroldi, 21, NYSSC, NY County), (Nunez v. NYC et. al. 11cv5845, SDNY), (Cano v. Decker,22,22cv7428(AKH), (Price v. NYC, 15cv5871(KPF),2018), (Rice v USA,20,20cv9045, 02CR-07234)

My wirt have the following arguments: violation of my due process, balance of equities, irreparable injuries and others.

Du7e Process: When first remanded on Feb 20, 23 for 19 days at West Facility Rikers Island, I developed Type2 Diabetes with no outdoor acitivities, a lifelong problem till this day. Also, I was not provided with written instructions on using the phone system here, wasting numerous days before actual working call to anyone for help. The time limit to appeal Grand Jury indictment have passed already. My legal aid counsel at that did not attempt to contact me, providing ineffective counsel or assistance, helping to more problems till now. The practice of Rikers also helped to defeat my due process where sick calls, ambulance calls, physical attacks (8-10-23 morning), censored/ delayed mailings and many acts/practices that made it impossible for me to prepare my defense adequately. I am unable to get effective counsel where phone calls are short or messages left were not heard or video conferences were only for a short time. I had attended court when I was not sick and had send three emails to legal aid counsel before missing a court date due to illness beforehand. (April, 23) (March, 23). Currently I am effectively penalized at Rikers OBCC 8L wrongfully imprisoned, fo -r asking to speak up for my defense Rights.

That was on Mon. Jan 8, 24. I have been incarcerated without bai -l since. My efforts to point out prosecutorial misconduct, unreliable testimony given at Grand Jury without my attendance, my request for exculpatory cam footage of P.O. Lisa Ramos and civilian corroborating cam footage/witness testimony, at (65th st and 18 ave, 2 banks at corner / cameras), two hand he- ld cell phones shown to be used instead of calling 911 for my ar -rest were all meet with non-respondence from my various lawyers , prosecution and judge during the court hearing at Kings County Supreme Court on Jan 8, 24 monday hearing.and other times leading to that date. This is cruel and unusual punishment.

Balance of Equities: Community safety is ensured by my clean records, very good credit score of 800 and commited no crime while on previous two bail releases. I need to return to my family/work obligations in paying past due bills, tuitions, care for family/friends, my work as software engineer and projects were severely disrupted. I am a recognized software developer who won the 2012 NYC BigApps with Mike Bloomberg (Mayor Press Release for my App 'Personal Safety' now evolved into the .SOS feature on every modern smart phone) and (2013/2013 CES Award competition with MoDev.com) Supporting my character in helping community safety. I also have expressed ideas that can help inmates after release with technology.

Irreparable Harm: I have suffered Type2 Diabetes since first remanded at West Facility on Feb 20,23. I have suffered financia -l harm from suddenly remnded without courtesy days to prepar -e my family/work matters on all my three incarcerations (2/19/23 8/5/23 and 1/6/24 ). Affecting my work and family dramatically.

I, YUNG,JOHN, (1132400018) the defendant of this case, IND71296-23/01 of New York Kings County Supreme Court, of Part 12, hereby respectfully request immediate release from wrongful imprisonment involving my US Constitutioaal Rights of Writ of Habeus Corpus as a US Citizen who had voted in the last US Presidential Election o year 2020. I am currently located at Rikers Island at OBCC 8L ve -terans' dorm. I am being held withhout bail after speaking up in court about my rights after asking to do so. I provided my rebuttals and corrections to inaccuriecs useed by the prosecution and stated my US Constitutional Rights were violated (No miranda rights given until many hours later after many questions by the arresting officers and others, No protection from unreasonabl -e search and seizesures of my car and items inside, no inoolved in the arrest for firearm possession when I was not inside my car ). Also, I was not presented to a Judge within 24 Hours of arres -t. In addition, the firearm was in operable and I was awaiting news announcement to allow anyone to turn in firearms legally and safely,which was announced after over 3 months later allowing the -t public to turn-in a firearm for a 22 two day weekend window. I have consistently attended court since Slept and August of 2023 last yuear. when i am not sick, (I had emailed my legal aid 3 times when I missted court last year around April 2023 with COVID . I pray for relief to get my liberty and to return to my family and work obligations and responsibilities.

Respectfully Submitted, (Writ of Habeas Corpus).

Additional Statements in Support

While remanded at Rikers for wrongfully imprisoned. I cannot prepare my defense safely and normally,. Contacts with my lawyer has been unreliable along with family as well. My phone number to my mother is not reachable ever. My previous lawyer phone has been disabled after a few days after 1/8/24. There has been involuntary blood draw requests after explicit refusals violating my HIPPAA rights. There has been many difficulties here that render my ability to prepare my defense ineffective. I don't belong here and I am effectively ~~pre~~ penalized for asking to speak up for my own defense on 1/8/243 about my Constutional Rights, and other Rights as previously mentioned. Even my letters to State Supreme courts ~~wiz~~ sent twice in early Sept, 23 were not acknowledged, stating no contact with Legal aid lawyer after 15 days of leaving messages asking for Brady evidence and Rights Violations and dismissal motion of charges. Still to this day discovery is not complete after numerous requests for civilia -n corroborating testimony/evidence-cam-banks, bodycam footage (P.O.Ramos, Lisa) showing my breakfast food in passendnger side of my car at arrest.

Respectfully Submitted, John Yung (Bookcase 1132400018)

[signature] 3/8/24

Relocated to West Facility for at least a week on 3/18/24

To contact, set video conf or in person visit.

4/10/2024

NKECHI IGBO
NOTARY PUBLIC-STATE OF NEW YORK
NO: 01IG6163948
QUALIFIED IN QUEENS COUNTY
COMMISION EXPIRES APRIL 09, 2024

# Affirmation Of Service

I, John Yung, Affirms the delivery of a copy of this legal document to the parties address listed into a VSPS mailbox.

Prose Intake
500 Pearl St.
NY, NY 10007

Warden of OBCC / Dept of Correction
1600 Hazen St.
East Elmhurst, NY 11370

Mayor NYC Adams
City Hall, City Hall Park
NY, NY 10007

John Yung 3/16/24

Sworn to before me on 4/10/2024

NKECHI IGBO
NOTARY PUBLIC-STATE OF NEW YORK
NO: 01IG6163948
QUALIFIED IN QUEENS COUNTY
COMMISSION EXPIRES APRIL 09, 2024

JOHNNY WNG (1132400018)
1606 Hazen St
E Elmhurst, NY [illegible]70

RECEIVED
SDNY PRO SE OFFICE
2024 APR 23 PM 3:53

Pro Se Intake Rm 105
500 Pearl St
NY, NY 10007

USMS
SDNY